## COLEMAN v. COLEMAN.

No. 3930.  Opinion Filed October 20, 1914.

(143 Pac. 854.)

**APPEAL AND ERROR—Failure to File Brief—Dismissal.** Where the plaintiff in error fails to file brief, as required by rule 7 of this court (38 Okla. vi, 137 Pac. ix), the appeal will be dismissed for want of prosecution.

(Syllabus by Galbraith, C.)

*Error from District Court, Osage County;*

*R. H. Hudson, Judge.*

Conness et al. v. Brown.

Action by Minnie Coleman against Charles Coleman. From an order adjudging defendant to be in contempt, he brings error. Dismissed.

*Hargis & Sams,* for plaintiff in error.

*A. M. Funkhouser,* for defendant in error.

Opinion by GALBRAITH, C.   By this appeal it is sought to have reviewed the judgment and order of the district court of Osage county adjudging the plaintiff in error to be in contempt for failure to pay alimony as ordered by said court, and remanding him to the county jail of said county without bond.   The petition in error, after charging the incarceration of the plaintiff in error, states that "he is still in jail."   The record was filed with the clerk of this court May 16, 1912, and the cause regularly submitted on the 16th day of October, 1914.   The plaintiff in error has not served and filed brief, as required by rule 7 of this court (38 Okla. vi, 137 Pac. ix).   The appeal is therefore presumed to have been abandoned, and the cause should be dismissed for want of prosecution.   *Boyd v. Webb Queensware Co.,* 40 Okla. 115, 136 Pac. 422.

By the Court:   It is ordered.